**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6904**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

NAKIE HARRIS,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge.  (1:05-cr-00061-SAG-1)

Submitted:  February 15, 2024                    Decided:  February 27, 2024

Before KING, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Nakie Harris, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nakie Harris appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).[*]  Upon review of the record, we conclude that the court did not abuse its discretion by denying Harris' motion.  *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (stating standard of review).  Accordingly, we affirm the district court's order.  *United States v. Harris*, No. 1:05-cr-00061-SAG-1 (D. Md. July 25, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] This court vacated the district court's prior order denying Harris' motion for compassionate release and remanded with instructions for the district court to consider Harris' rehabilitative efforts, in combination with the other circumstances he presented, to determine whether he established an extraordinary and compelling reason for relief.